| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | Cold Spring Acquisition, LLC<br>Name | EIN: | 47–1354415 |
| United States Bankruptcy Court | Southern District of New York | Date case filed for chapter: | 11  1/2/25 |
| Case number: | 25–22002–shl | | |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case

10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office and the office of the U.S. Trustee cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| 1. | **Debtor's full name** | Cold Spring Acquisition, LLC | |
|---|---|---|---|
| 2. | **All other names used in the last 8 years** | dba Cold Spring Hills Center for Nursing & Rehabilitation | |
| 3. | **Address** | 22 Pleasant Ridge Road<br>Spring Valley, NY 10977 | |
| 4. | **Debtor's attorney**<br>Name and address | Schuyler Carroll<br>Manatt, Phelps & Phillips<br>7 Times Square<br>New York, NY 10036 | Contact phone 212–790–4521<br>Email: SCarroll@manatt.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 300 Quarropas Street<br>White Plains, NY 10601<br><br>Clerk of the Bankruptcy Court:<br>Vito Genna | Office Hours: Monday – Friday 8:30 AM – 5:00 PM<br>Contact phone 914–467–7250<br>Date: 1/3/25 |
| 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **January 30, 2025 at 01:00 PM**<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br>**Cell phones are not permitted in the Courthouse without an Attorney Secure Pass which can be obtained at the U.S. District Court Clerk's Office.** | Location:<br>**Teleconference *ONLY*, Contact UST's Office for direction,<br>www.justice.gov/ust/ust-regions-r02** |

**For more information, see page 2 >**

Official Form 309F1 (For Corporations or Partnerships)  Notice of Chapter 11 Bankruptcy Case  page 1

| | | |
|---|---|---|
| **7. Proof of claim deadline** | **Deadline for filing proof of claim:** | Not yet set. If a deadline is set, the court will send you another notice. |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. | |
| | All Proofs of Claim must be filed electronically on the Court's website or mailed to the court at the address listed in section 5. | |
| | Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice. | |
| | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. | |
| | You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. | |
| | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| **8. Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br>**Deadline for filing the complaint:** | _____ |
| **9. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **10. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| **11. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |

United States Bankruptcy Court
Southern District of New York

| | |
|---|---|
| In re: | Case No. 25-22002-shl |
| Cold Spring Acquisition, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-7 | User: admin | Page 1 of 8 |
| Date Rcvd: Jan 03, 2025 | Form ID: 309F1 | Total Noticed: 275 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cold Spring Acquisition, LLC, 22 Pleasant Ridge Road, Spring Valley, NY 10977-1609 |
| aty | + | Russell E Potter, Manatt, Phelps & Phillips, 1050 Connecticut Avenue, NW, Suite 600, Washington, DC 20036-5303 |
| 8533351 | + | 1199 CHILD CARE FUND, LAVERNE JAMES, 330 WEST 42ND STREET, BANKING UNIT, NEW YORK, NY 10036-6902 |
| 8533352 | + | 1199 CREDIT UNION, PAMELA MOORE, 310 WEST 43RD STREET 2ND FLOOR, MANHATTAN, NY 10036-3981 |
| 8533353 | + | 1199 NATIONAL BEN. FU, LAVERNE JAMES, 330 WEST 42ND STREET, BANKING UNIT, NEW YORK, NY 10036-6902 |
| 8533354 | + | 1199 NATIONAL PENS. F, LAVERNE JAMES, 330 WEST 42ND STREET, BANKING UNIT, NEW YORK, NY 10036-6902 |
| 8533355 | + | 1199 TRAINING FUND, LAVERNE JAMES, 330 WEST 42ND STREET, BANKING UNIT, NEW YORK, NY 10036-6902 |
| 8533356 | + | 1199 UNION DUES & INI, P.O. BOX 2665, NEW YORK, NY 10108-2665 |
| 8533357 | + | A.W. & SONS EXHAUST INC, 336 ATLANTIC ST, CENTRAL ISLIP, NY 11722-3225 |
| 8533358 | + | ABALENE PLUMBING & HEATING INC, 15 RAILROAD AVENUE, SYOSSET, NY 11791-3728 |
| 8533359 | + | ACPL, A HANGER COMPANY, 13828 COLLECTIONS CENTER DRIVE, CHICAGO, IL 60693-0001 |
| 8533360 | + | ACS PRO GLOBAL SOLUTIONS, 1000 GATES AVE 5TH FL, BROOKLYN, NY 11221-6296 |
| 8533361 | + | ADART PRESS, 1415 48TH STREET, BROOKLYN, NY 11219-5574 |
| 8533363 | + | ADHC COUNCIL, 13 BRITISH AMERICAN BLVD, SUITE 2, LATHAM, NY 12110-1431 |
| 8533364 | + | ADULT DAY HEALTH CARE COUNCIL INC, 13 BRITISH AMERICAN BLVD, SUITE 2, LATHAM, NY 12110-1431 |
| 8533365 | + | ADVANCED ENTRY LLC, 5308 13TH AVE SUITE #167, BROOKLYN, NY 11219-5198 |
| 8533366 | + | AETNA LIFE INSURANCE, PO BOX 804735, LOCKBOX 804735, CHICAGO, IL 60680-4158 |
| 8533367 | + | AGELESS SKYE COMPANION SERVICE LLC, PO BOX 13115, SPOKANE VALLEY, WA 99213-3115 |
| 8533368 | + | AGILE PREMIUM FINANCE, 475 HALF DAY RD SUITE 550, LINCOLNSHIRE, IL 60069-2908 |
| 8533369 | + | AIR COMFORT REFRIGERATION CORP, 399 ROUTE 109, WEST BABYLON, NY 11704-6228 |
| 8533370 | | AIRESPRING-TELEPHONE, FILE 1422, 1801 W OLYMPIC BLVD, PASADENA, CA 91199-1422 |
| 8533372 | + | ALL STATE PEST MANAGEMENT, 1072 MADISON AVE, LAKEWOOD, NJ 08701-2650 |
| 8533373 | + | ALLSTATE ADMINISTRATORS, 202 CATON AVENUE, BROOKLYN, NY 11218-1617 |
| 8533374 | + | ALLSTATE MEDICAL, 34 35TH STREET, BROOKLYN, NY 11232-2216 |
| 8533375 | + | AMBMCS CONSULTING INC, c/o THE GRAPH GROUP, 270 SYLVAN AVENUE, SUITE 2260, ENGLEWOOD CLIFFS, NJ 07632-2561 |
| 8533377 | + | AMERICAN HEALTH BENEFIT TRUST, 202 CATON AVE, BROOKLYN, NY 11218-1617 |
| 8533379 | + | ANDREW CHIN, 1036 LAKESHORE DR, MASSAPEQUA, NY 11762-2615 |
| 8533382 | + | ANTHONY MAZZA, 26 KINGDOM COURT, LAKE RONKONKOMA, NY 11779-3730 |
| 8533383 | + | AP IMAGING LLC, PO BOX 10866, BURBANK, CA 91510-0866 |
| 8533384 | | APPLOI CORP, P.O.BOX 22784, NEW YORK, NY 10087-2103 |
| 8533385 | + | APPROVED STORAGE AND WASTE HAULING INC, PO BOX 5425, DEPTFORD, NJ 08096-0425 |
| 8533386 | + | AQUARIUM NETWORK, 2435 GRAND AVENUE, BELLMORE, NY 11710-3547 |
| 8533388 | + | ATLANTIC TOMORROWS OFFICE, PO BOX 5149, WHITE PLAINS, NY 10602-5149 |
| 8533389 | + | BAKER,DONELSON,BEARMA,CALDWELL & BERKOWITZ PC, 100 LIGHT STREET, BALTIMORE, MD 21202-1036 |
| 8533390 | + | BARBARA DOHERTY, 26 POLARIS DR, LEVITTOWN, NY 11756-4315 |
| 8533391 | + | BE SAFE, P.O.BOX 1140, MONSEY, NY 10952-8159 |
| 8533392 | + | BIRNS TELECOM INC., 927 MCDONALD AVE, BROOKLYN, NY 11218-5668 |
| 8533393 | + | BORDOVA INNOVATIONS INC, 915 EAST ELIZABETH AVENUE, LINDEN, NJ 07036-2227 |
| 8533394 | + | BRIAN LYNCH ARCHITECT PLLC, 126 ATLANTIC AVE, SUITE 3, LYNBROOK, NY 11563-3465 |
| 8533396 | + | BRUCHE AND NACHAS INC, 4403 15TH AVE, SUITE 195, BROOKLYN, NY 11219-1604 |

| | | |
|---|---|---|
| District/off: 0208-7 | User: admin | Page 2 of 8 |
| Date Rcvd: Jan 03, 2025 | Form ID: 309F1 | Total Noticed: 275 |

```
8533397      + C&H SIGNAL, PO BOX 76, BELLPORT, NY 11713-0076
8533398      + C&S BUILDING SERVICES INC, 21 SEABRO AVENUE, AMITYVILLE, NY 11701-1201
8533399      + CAPITAL HEALTH CONSULTING LLC, 136 STATE STREET, SUITE 501, ALBANY, NY 12207-1628
8533402      + CARMINE CONSTRUCTION GROUP INC, 766 PLEASANT AVE, WESTBURY, NY 11590-6408
8533403      + CAROL SPADARO, 34503 WHITE CAP POINT, FRANKFORD, DE 19945-3686
8533404      + CASSONE LEASING INC, 1900 LAKELAND AVENUE, RONKONKOMA, NY 11779-7400
8533405      + CCI HEALTHCARE SYSTEMS GROUP CORP, 218 39TH STREET, 2nd FLOOR, BROOKLYN, NY 11232-2820
8533406      + CEMAL BALKAYA, 166-22 WILLETS POINT BLVD, WHITESTONE, NY 11357-2944
8533407     #+ CENTER ISLAND LANDSCANDSCAPING LTD, 444 COOLIDGE DRIVE, CENTER PORT, NY 11721-1206
8533408      + CENTERS FOR MEDICARE, 7500 SECURITY BLVD, MAIL STOP C3-11-03, BALTIMORE, MD 21244-1849
8533409      + CENTRAL ISLAND SNACKS, 3041 HEMPSTEAD TURNPIKE, LEVITTOWN, NY 11756-1332
8533410      + CHARACTER KIDS PARTY, 439 FIRST AVENUE, ELIZABETH, NJ 07206-1108
8533411      + CHARLEEN COLON, 609 ROSEDALE DR, AYNOR, SC 29511-3337
8533413        CITYWIDE PLUMBING SERVICES CORP, PO BOX 350, CARLE PLACE, NY 11514-0350
8533414      + CLAIMEX LLC, 250 SKILLMAN ST #329, BROOKLYN, NY 11205-1238
8533417        CLIPBOARD HEALTH, PO BOX 103125, PASADENA, CA 91189-3125
8533419        COMMISSIONER OF TAXATION AND FINANCE, WORKERS NYS WORKERS COMPENSATION BOARD, PO BOX 5530,
               BIGHAMTON NY 13902-5530
8533420      + COMPREHENSIVE CARE SOLUTIONS LLC, MARK KALMANOWITZ C/O, 974 ROUTE 45, SUITE 1200, POMONA, NY
               10970-3568
8533421      + CONA ELDER LAW PLLC., 225 BROADHOLLOW ROAD, SUITE 200, MELVILLE, NY 11747-4899
8533422      + CONG.BAIS YAKOV YOSEF, 5 RIDGEWAY TERRACE, WESLEY HILLS, NY 10977-1305
8533423        COSENTINI ASSOCIATES INC, PO BOX 911669, DENVER, CO 80291-1669
8533425      + CROKER FIRE SAFETY CORP, 235 BROOKSITE DRIVE, HAUPPAGE, NY 11788-2503
8533427      + DANCE ALOHA, 80 HORTON DRIVE, HUNTINGTON STATION, NY 11746-4206
8533428      + DAVE PATRICK, PO BOX 7174, FREEPORT, NY 11520-0708
8533429      + DEBBIE CANTOR, 65 HOFSTRA DRIVE, PLAINVIEW, NY 11803-1814
8533430      + DENICE GIVEN, PO BOX 824, PORT JEFFERSON, NY 11777-0824
8533432      + DNG PLACEMENT SERVICES INC, PO BOX 937, LONG BEACH, NY 11561-0937
8533433        DOMAIN LISTINGS, PO BOX 19607, LAS VEGAS, NV 891320607
8533434      + DWG INC, 3653 REGENT BLVD SUITE 604, JACKSONVILLE, FL 32224-6513
8533435        EAGLENORTH, 202 CANTON AVENUE, BROOKLYN, NY 11218
8533438      + ELAINE OLIVERIO, 22 ACADEMY LANE, LEVITTOWN, NY 11756-2629
8533439      + ELLIOT GOLDBERG, PO BOX 620798, LITTLE NECK, NY 11362-0798
8533440      + EMERALD-ASSOCIATED REPORTERS INC, 960 S BROADWAY, SUITE 114, HICKSVILLE, NY 11801-5028
8533441        EMERGENCY AMBULANCE SERVICE, 1600 LOCUST AVE., BOHEMIA, NY 11716-2187
8533443      + EMPIRE UNIFIED, PO BOX 393, TALLMAN, NY 10982-0393
8533444        EQUITABLE FINANCIAL, P.O.BOX 733463, DALLAS, TX 75373-3463
8533445      + ERSULA PIERRE, 170 VERMONT AVENUE, BAY SHORE, NY 11706-3203
8533446        FDR SERVICES CORP, 44 NEWMANS COURT, HEMPSTEAD, NY 115504815
8533449      + FILOMENA CARRINI/ZUMBA FITNESS, 101 CARL AVE., FRANKLIN SQUARE, NY 11010-4407
8533451      + FIRE COMMAND CO INC, 70 BACON ST, PAWTUCKET, RI 02860-4535
8533453      + FIVE STAR STAFFING SERVICES, 117 DITMAS AVENUE, BROOKLYN, NY 11218-4901
8533454      + FIVEBORO PRINTING, 1425 37TH STREET, SUITE #127 FIRST FLOOR, BROOKLYN, NY 11218-3767
8533455      + FLAG STAR ASSOCIATES, 117 DITMAS AVENUE, BROOKLYN, NY 11218-4901
8533457      + FORCHELLI DEEGAN TERRANA, 333 EARLE OVINGTON BLVD, SUITE 1010, UNIONDALE, NY 11553-3645
8533458      + FRANCZOZ KOSHER BAKER, 534 GRAND STREET, BROOKLYN, NY 11211-3503
8533459      + FRESENIUS MEDICAL CARE, FREEDOM CENTER OF KEW GARDENS LLC, 16343 COLLECTIONS CENTER DRIVE,
               CHICAGO, IL 60693-0001
8533460        GALLAGHER BASSETT SERVICES,INC, P.O.BOX 676141, DALLAS, TX 75267-6141
8533461      + GARFUNKEL WILD, P.C., 111 GREAT NECK ROAD, SUITE 600, GREAT NECK, NY 11021-5406
8533462      + GARLAND FIRE SYSTEMS, 33 TEC STREET, HICKSVILLE, NY 11801-3618
8533463      + GDC MEDICAL ELECTRONICS, 25 SOUTH MALL, PLAINVIEW NY 11803-4207
8533464     #+ GEENA BRUNO, 2 JAMAICA STREET, HOLTSVILLE, NY 11742-1413
8533465      + GIBSON,DUNN&CRUTCHER, 200 PARK AVENUE, NEW YORK, NY 10166-4700
8533466      + GLENFORD NIXON MD CMD, 11646 167TH ST, JAMAICA, NY 11434-1722
8533467      + GLOBAL SECRITY AND INVESTIGATIVE SERVICES, 367 WINDSOR HWAY, SUITE 107, NEW WINDSOR, NY 12553-7920
8533468        GNXCOR USA INC., P.O.BOX 935819, ATLANTA, GA 311935819
8533469      + GOTHAM SERVICES LLC, 2596 LEFFERTS PLACE, BELLMORE, NY 11710-4423
8533470      + GRAMMAN PLUMBING & HEATING CORP, 356 WESTBURY AVENUE, CARLE PLACE, NY 11514-1643
8533471      + GRANDVIEW BROKERAGE, PO BOX 40317, BROOKLYN, NY 11204-0317
8533472      + GRAPH INSURANCE GROUP, 270 SYLVAN AVE, SUITE 2260, ENGLEWOOD CLIFFS, NJ 07632-2561
8533473      + GRAPH MGA LLC, 270 SYLVAN AVE, SUITE 2260, ENGLEWOOD CLIFF, NJ 07632-2561
```

```
8533474    + GREENBEAM LED, 1659 42ND STREET, BROOKLYN, NY 11204-1027
8533475    + GREYSTONE SERVICING COMPANY, PO BOX 281163, ATLANTA, GA 30384-1163
8533476    + GUARDIAN CONSULTING SERVICES, 3333 NEW HYDE PARK RD, SUITE 202, NEW HYDE PARK, NY 11042-1205
8533478    + H&R HEALTHCARE, 1750 OAK STREET, LAKEWOOD, NJ 08701-5926
8533479      HAGEN SCHOOL OF IRISH DANCE INC, 449 HUDSON ST, LONG BEACH, NY 11561
8533480    + HEALTH FACILITY ASSESSMENT FUND ADMIN, ASSESSMENT FUND ADMIN-JEROME ALAIMO, OFFICE OF POOL
               ADMINISTRATION, 333 BUTTERNUT DRIVE, SYRACUSE, NY 13214-2141
8533482    + HOFSTRA UNIVERSITY, 121 HOFSTRA UNIVERSITY, LAW SCHOOL ROOM 307, HEMPSTEAD, NY 11549-1210
8533483    + HOT HAND BAND,LLC, 227 OCEAN PARKWAY APT.7G, BROOKLYN, NY 11218-3225
8533484    + ICARE STAFFING SOLUTIONS INC, 300 TICE BLVD, suite 180, WOODCLIFF LAKE, NJ 07677-8406
8533485      IMPACT FIRE SERVICES, PO BOX 735064, DALLAS, TX 753735064
8533486    + INNOVARE MEDICAL MEDIA, 3496 ROUTE 22, BRANCHBURG, NJ 08876-3446
8533487      INNOVATIVE DRIVEN, INNOVATIVE DISCOVER LLC, PO BOX 780154, PHILADELPHIA, PA 19178-0154
8533488    + INNOVATIVE SUPPLY GROUP INC, 585 PROSPECT STREET, UNIT 304, LAKEWOOD, NJ 08701-5178
8533489    + INTAC ACTUARIAL SERVICES INC, FUTUREPLAN BY ASCENSUS, PO BOX 55970, BOSTON, MA 02205-5970
8533490    + INTEGRA DEVELOPMENT G, 34 35TH STREET, BROOKLYN, NY 11232-2216
8533491    + INTERNATIONAL REFRIGERATION, 75 GLRN COVE AVENUE, GLEN COVE, NY 11542-3261
8533494    + ISLAND ELEVATOR INSPECTION INC, 2100-2 ARTIC AVE, BOHEMIA, NY 11716-2430
8533495    + ISLAND EYE SURGICENTER, 825 EAST GATE BLVD, SUITE 111, GARDEN CITY, NY 11530-2136
8533496    + ISLAND VIEW SERVICES LLC, 1121 LINCOLN AVE, UNIT 16, HOLBROOK, NY 11741-2264
8533497    + IV PICC MIDLINE SERVICE, PO BOX 783, MONSEY, NY 10952-0783
8533498    + JACOBOWITZ NEWMAN TVE, 377 PEARSALL AVENUE, SUITE C, CEDARHURST, NY 11516-1841
8533500    + JAYLAN WEBB-FERGUSON, 20 SAXON AVE #3, BAY SHORE, NY 11706-7030
8533506    + JERICHO WATER DISTRIC, 125 CONVENT ROAD, SYOSSET, NY 11791-3898
8533508    + JOHN PERFETTI, 3 LEUCE PLACE, GLEN COVE, NY 11542-1512
8533509    + JOHN WHIMPLE, 31 FERNDALE AVE, MILLER PLACE, NY 11764-2314
8533510    + JONATHAN GEWIRTZ, 9 AMSTERDAM AVE., MONSEY, NY 10952-1103
8533512    + JOSEPH SALEMI, 3702 AMEN CORNER, RIVERHEAD, NY 11901-1936
8533513    + JOYCE SIMANTOV, 836 MYRNA DRIVE, WEST HEMPSTEAD, NY 11552-3420
8533516    + KAREN BONKOWSKI, 23 GOELLER AVENUE, HUNTINGTON STA, NY 11746-3843
8533518    + KGC THERAPEUTIC SERVICES INC, 3810 OXFORD LANE, SEAFORD, NY 11783-3536
8533520    + KOFFEL FIRE ENGINEERS, 8815 CENTRE PARK DRIVE, SUITE 200, COLUMBIA, MD 21045-2107
8533521    + KRAFT CARE LLC, 30 BLUEBIRD DRIVE, ROSLYN HEIGHTS, NY 11577-1808
8533522    + LAROSA MUSIC INC, 230 MOSHER AVENUE, WOODMERE, NY 11598-1623
8533524      LEGALSHIELD, PPLSI, PO BOX 660903, DALLAS, TX 75266-0903
8533525    + LEN CAMMALLERI, 4 KENT COURT, WEST ISLIP, NY 11795-2812
8533526    + LEWIS JOHS AVALLONE AVILES LLP, 1377 MOTOR PKWY, SUITE 400, ISLANDIA, NY 11749-5258
8533527    + LIGHT FOR LESS, 1639 EAST 10TH STREET, BROOKLYN, NY 11223-2321
8533528    + LONG ISLAND MEDICAL SERVICES P.C., 60 QUEENS ST #100, SYOSSET, NY 11791-3058
8533529    + MAKEUDANCE ENTERTAINMENT, 98-23 HORACE HARDING EXP 10J, CORONA, NY 11368-4263
8533530    + MANATT, PHELPS & PHILLIPS LLP, 7 TIMES SQUARE, NEW YORK, NY 10036-6551
8533533    + MARC MENDLOWITZ ESQ, 680 CENTRAL AVENUE, SUITE 104, CEDARHURST, NY 11516-2329
8533534    + MARCIA ROSENKRANZ, 893 HEWLETT DRIVE, NORTH WOODMERE, NY 11581-2726
8533535    + MARIA CAMPANELLA, 58 TALLMADGE TRAIL, MILLER PLACE, NY 11764-2326
8533536    + MARIA DOHERTY, 32 GRAYWOOD ROAD, PORT WASHINGTON, NY 11050-1516
8533540    + MARTIN FRIEDMAN CPA, 2600 NOSTRAND AVENUE, BROOKLYN, NY 11210-4601
8533541    + MARY BREEN CORRIGAN ESQ, 15 COVE DRIVE, MANHASSET, NY 11030-1310
8533542    + MASELLI ENTERTAINMENT, 61 SOUTH AVE, SMITHTOWN, NY 11787-3843
8533543      MATRIX CARE, BIN #130177 PO BOX 9201, MINNEAPOLIS, MN 55480
8533544    + MATTHEW PONSOT, 1011 FIELD PLACE, BALDWIN, NY 11510-3614
8533545      MCELROY,DEUTSCH,MULVANEY & CARPENTER, LLP, 1300 MOUNT KEMBLE AVE, PO BOX 2075, MORRISTOWN, NJ
               07962-2075
8533546    + MCL MOBILITY, 2495 RUTLER STREET, BELLMORE, NY 11710-3117
8533547    + MED-NET CONCEPTS INC., 190 NASSAU STREET, SUITE 14, PRINCETON, NJ 08542-7012
8533548      MEDICARE PART A, NATIONAL GOVERNMENT SERVICES INC, US BANK LOCKBOX SERVICES, JKA, PO BOX 809366,
               CHICAGO, IL 60680-9366
8533549    + MEDLINE INDUSTRIES LP, PO 382075, PITTSBURGH, PA 15251-8075
8533550    + MEGAN GALLAGHER ESQ, 166 SOUTHARD AVE, ROCKVILLE CENTRE, NY 11570-2616
8533551    + MEISTER SEELIG & FEIN PLLC, 125 PARK AVE, 7TH FLOOR, NEW YORK, NY 10017-5627
8533552    + MESSER LLC, 88718 EXPEDITE WAY, CHICAGO, IL 60695-0001
8533553    + METROPOLITAN COMMERCI, LETTER OF CREDIT DEPARTMENT, 99 PARK AVENUE, MANHATTAN, NY 10016-1601
8533554    + MICHAEL HARLEY, 678 WYONA STREET, SUITE 1R, BROOKLYN, NY 11207-7110
8533558    + MORRIS TUCHMAN, LLC, 8002 KEW GARDENS ROAD, SU606, KEW GARDENS, NY 11415-3606
```

25-22002-shl   Doc 21   Filed 01/05/25   Entered 01/06/25 00:10:12   Imaged
Certificate of Notice   Pg 6 of 10

| District/off: 0208-7 | User: admin | Page 4 of 8 |
|---|---|---|
| Date Rcvd: Jan 03, 2025 | Form ID: 309F1 | Total Noticed: 275 |

| | | |
|---|---|---|
| 8533559 | + | MVP PRODUCTIONS, 56-25 175TH PLACE, suite B, FRESH MEADOWS, NY 11365-1627 |
| 8533562 | + | NASSAU COUNTY TREASURER-FIRE MARSHALL, NASSAU COUNTY FIRE MARSHALL, 1194 PROSPECT AVE, ATTN: ELT, WESTBURY, NY 11590-2730 |
| 8533563 | + | NASSAU COUNTY TREASURER-MEDICAL, NASSAU COUNTY MEDICAL EXAMINER S OFFICE, BUILDING R-ATTN:RECORDS DIV, 2251 HEMPSTEAD TPKE, EAST MEADOW, NY 11554-1856 |
| 8533565 | | NATIONAL GRID (06000), PO BOX 371382, PITTSBURGH, PA 15250-7382 |
| 8533566 | | NATIONAL GRID (24008), PO BOX 371382, PITTSBURGH, PA 15250-7382 |
| 8533567 | | NATIONAL GRID (29002), PO BOX 371382, PITTSBURGH, PA 15250-7382 |
| 8533568 | | NATIONAL GRID (47001), PO BOX 371382, PITTSBURGH, PA 15250-7382 |
| 8533569 | | NATIONAL GRID (57000), PO BOX 371382, PITTSBURGH, PA 15250-7382 |
| 8533570 | | NATIONAL GRID (94001), PO BOX 371382, PITTSBURGH, PA 15250-7382 |
| 8533571 | | NATIONAL GRID (97008), PO BOX 371382, PITTSBURGH, PA 15250-7382 |
| 8533572 | + | NET HEALTH SYSTEMS INC, PO BOX 72046, CLEVELAND, OH 44192-0002 |
| 8533573 | | NETWORKED DOMAINS, PO BOX 1577, ATLANTIC CITY, NJ 08404-1577 |
| 8533574 | | NORTHWELL HEALTH, PO BOX 417855, ATTN: BILLING DEPT., BOSTON, MA 02241-7855 |
| 8533575 | + | NOVA HEALTHCARE SOLUTIONS, 3222 AVENUE K, BROOKLYN, NY 11210-4141 |
| 8533576 | | NRG BUSINESS MARKETING-gas, PO BOX 32179, NEW YORK, NY 10087-2179 |
| 8533577 | + | NYFEEST SPEECH-LANGUA, 175-01 PECK AVENUE, FLUSHING, NY 11365-1129 |
| 8533580 | | NYS DEPT OF ENVIROMENTAL CONSERVATION, PO BOX 784971, PHILADELPHIA, PA 19178-4971 |
| 8533581 | + | NYS FILING FEE, STATE PROCESSING CENTER, PO BOX 15310, ALBANY, NY 12212-5310 |
| 8533582 | + | NYS UNIFIED COURT SYS, MENTAL HYGIENE LEGAL SERVICE, 600 OLD COUNTRY ROAD, SUITE 224, GARDEN CITY, NY 11530-2011 |
| 8533583 | + | NYS UNIFIED--MENTAL HYGIENE LEGAL SERVICE, 600 OLD COUNTRY ROAD, 2ND DEPT----SUITE 224, GARDEN CITY, NY 11530-2045 |
| 8533584 | + | OCEAN AVE DENTAL P.C., 1401 OCEAN AVE, BROOKLYN, NY 11230-3971 |
| 8533585 | + | OLIVIA LU, 112-15 72ND ROAD #403, FOREST HILLS, NY 11375-4671 |
| 8533586 | | ON.CARE LLC, PO BOX 935992, ATLANTA, GA 31193-5992 |
| 8533587 | + | ONESERVICE SECURITY SERVICES INC, PO BOX 102, BOHEMIA, NY 11716-0102 |
| 8533588 | + | OPTIMUM--- (6013)-PAID BY C/C, PO BOX 70340, PHILADELPHIA, PA 19176-0340 |
| 8533590 | | OPTIMUM---acct#07801-735555-01-0, PO BOX 70340, PHILADELPHIA, PA 19176-0340 |
| 8533591 | + | ORCHID SEWER&WATER, 11 DENNIS STREET, GARDEN CITY PAR, NY 11040-5001 |
| 8533592 | + | PATIENT CARE ASSOCIATES INC, 141 HALSTEAD AVENUE, MAMARONECK, NY 10543-2652 |
| 8533594 | | PETRO COMMERCIAL SERVICES, PO BOX 70282, PHILADEPHIA, PA 19176-0282 |
| 8533595 | | PITNEY BOWES GLOBAL FINANCIAL SERVICES, PO BOX 981022, BOSTON, MA 02298-1022 |
| 8533596 | + | POWER HOUSE GENERATORS INC, 1072 MADISON AVENUE, LAKEWOOD, NJ 08701-2650 |
| 8533597 | | PREFERRED THERAPY SOLUTIONS, PO BOX 69363, BALTIMORE, MD 21264-9363 |
| 8533598 | + | PROVALIDUS MEDICAL STAFFING, 2211 LODI STREET, SYRACUSE, NY 13208-2024 |
| 8533599 | + | PSEG LI (2101), PO BOX 888, HICKSVILLE, NY 11802-0888 |
| 8533600 | + | PSEG LI (2151), PO BOX 888, HICKSVILLE, NY 11802-0888 |
| 8533601 | | PSEG LI (2201), PO BOX 9039, HICKSVILLE, NY 118029039 |
| 8533602 | + | PSEG LI (2251), PO BOX 888, HICKSVILLE, NY 11802-0888 |
| 8533603 | + | PSEG LI (2302), PO BOX 888, HICKSVILLE, NY 11802-0888 |
| 8533604 | + | QUALMAX SUPPLIES INC, 60 GRANT AVENUE, CARTERET, NJ 07008-2720 |
| 8533605 | + | RABBI DAVID WEINBERGER, M.S.E.D.,D.D., 1050 NEW MCNEIL AVENUE, LAWRENCE, NY 11559-1726 |
| 8533606 | + | RAPHAEL RAMOS, 26050 73RD AVE. 2ND FLOOR, GLEN OAKS, NY 11004-1030 |
| 8533607 | + | REBECCA AXELRAD, 118 CLOVE ROAD, NEW ROCHELL, NY 10801-1605 |
| 8533608 | + | REBECCA GUEVARA, 81A 11TH AVENUE, HUNTINGTON STATION, NY 11746-2241 |
| 8533610 | + | REITMAN SEALCOATING INC., 135 W HILLS ROAD, HUNTINGTON STATION, NY 11746-3145 |
| 8533611 | + | RELIABLE HEALTH SYSTEMS LLC, 2610 NOSTRAND AVENUE, BROOKLYN, NY 11210-4601 |
| 8533612 | + | REMED SERVICES, 3450 MOAKTON ST, SKOKIE, IL 60076-2951 |
| 8533613 | + | RES SYSTEMS, PO BOX 720, MASSAPEQUA PARK, NY 11762-0720 |
| 8533614 | + | RICHARD WEIDENBURNER, 1005 NORTH RICHMOND AVE, LINDENHURST, NY 11757-2219 |
| 8533615 | + | ROBERT BLATCHLEY, 64 BERG AVENUE, KINGS PARK, NY 11754-1503 |
| 8533616 | + | ROBERT MEADE (ROB & PATTY MEADE), 2588 BRYANT DRIVE, SEAFORD, NY 11783-3521 |
| 8533617 | + | ROBERT PISCITELLO, 23 JOSEPH AVE, BETHPAGE, NY 11714-5103 |
| 8533618 | + | ROBERT SCALICI, 1769 EAST 53RD ST, BROOKLYN, NY 11234-3916 |
| 8533619 | + | RON DOSTER, 21 NIEMAN AVE., LYNBROOK, NY 11563-2057 |
| 8533620 | + | SBV-------- PAID ON C/C, 10 MELANEY DRIVE, MONSEY, NY 10952-1427 |
| 8533621 | + | SCHEINMAN ARBITRATION AND MEDITATION SERVICE LLC, 322 MAIN STREET, PORT WASHINGTON, NY 11050-2738 |
| 8533622 | + | SCHLAM STONE & DOLAN, 26 BROADWAY, NEW YORK, NY 10004-1831 |
| 8533623 | + | SCHWARTZ SLADKUS REICH GREENBERG ATLAS, 444 MADISON AVENUE, NEW YORK, NY 10022-6903 |
| 8533624 | + | SECURE 360 INC, 1820 AVE M, SUITE 677, BROOKLYN, NY 11230-5347 |
| 8533626 | + | SHARON NITZBERG, 10 IPSWICH AVE, GREAT NECK, NY 11021-3207 |
| 8533627 | | SHRED-IT USA, 28883 NETWORK PLACE, CHICAGO, IL 60673-1288 |

25-22002-shl   Doc 21   Filed 01/05/25   Entered 01/06/25 00:10:12   Imaged
Certificate of Notice   Pg 7 of 10

| District/off: 0208-7 | User: admin | Page 5 of 8 |
|---|---|---|
| Date Rcvd: Jan 03, 2025 | Form ID: 309F1 | Total Noticed: 275 |

| | | |
|---|---|---|
| 8533629 | + | SIGNATURE CARE CONS, 371 HOPE CHAPEK ROAD, LAKEWOOD, NJ 08701-2373 |
| 8533630 | + | SMD INC, 43 WAREHOUSE POINT ROAD, WALLINGFORD, CT 06492-2770 |
| 8533632 | + | SOSAS PRODUCTIONS INC, 193-02 39TH AVE, FLUSHING, NY 11358-4020 |
| 8533633 | + | SPECIALTY RX INC, 2 BERGEN TURNPIKE, RIDGEFIELD PARK, NJ 07660-2391 |
| 8533634 | + | SQUEAKY CLEAN MUSIC CORP, PO BOX 3453, NEW HYDE PARK, NY 11040-7453 |
| 8533635 | + | STEIN ADLER DABAH, 936 BROADWAY, 5th floor, NEW YORK, NY 10010-8101 |
| 8533637 | + | STREAMLINE VERIFY, 100 BOULEVARD OF THE AMERICAS, LAKEWOOD, NJ 08701-4585 |
| 8533638 | + | STUART MARKUS, 388 OCEAN AVENUE, MALVERNE, NY 11565-1730 |
| 8533639 | + | SUPREME LIGHTING, 3906 15TH AVENUE, BROOKLYN, NY 11218-4410 |
| 8533642 | | THE CBORD GROUP INC--$178.30 PER MO, PO BOX933991, SUITE 100C, ATLANTA, GA 31193-3991 |
| 8533643 | + | THE GRAPH GROUP, 270 SYLVAN AVENUE, SUITE 2255, ENGLEWOOD CLIFF, NJ 07632-2509 |
| 8533644 | + | THE LA PENNA GROUP INC, 2110 ENTERPRISE ST SE, SUITE 300, GRAND RAPIDS, MI 49508-5313 |
| 8533645 | + | THE LANGUAGE DOCTORS INC, 1910 TOWNE CENTRE BLVD, SUITE 1013, ANNAPOLIS, MD 21401-2781 |
| 8533646 | + | THE NYC MARIACHI INC, 487 EVERGREEN AVENUE, BROOKLYN, NY 11221-4901 |
| 8533647 | + | THE TURBOCHYLL COMPANY, 131 ENGINEERS DRIVE, HICKSVILLE, NY 11801-6520 |
| 8533648 | + | THERESA MULDOON, 40 STOKES AVE, BETHPAGE, NY 11714-4123 |
| 8533649 | + | THOMAS BEHAN, 43 VIOLET AVENUE, MINEOLA, NY 11501-4622 |
| 8533650 | + | TIFFANY NEMETH, 16 KAYWOOD ROAD, PORT WASHINGTON, NY 11050-1410 |
| 8533652 | + | TOBYTOBY PRODUCTIONS INC., 29 VONDRAN ST, HUNTINGTON STATION, NY 11746-2515 |
| 8533653 | + | TORAH MARKETING INITIARIVE, 145 CEDARHURST AVENUE, CEDARHURST, NY 11516-2131 |
| 8533655 | + | TOWN OF OYSTER BAY-PLANNING, PLANNING & DEVELOPMENT, 74 AUDREY AVENUE, OYSTER BAY, NY 11771-1504 |
| 8533657 | + | TRIPLE CROWN RESPIRAT, 53 EAST MERRICK ROAD, UNIT 2, FREEPORT, NY 11520-4056 |
| 8533658 | + | TRUTEST MEDICAL GAS SERVICES INC, 12 VIDONI DRIVE, MOUNT SINAI, NY 11766-1729 |
| 8533659 | + | TWINMED, LLC, PO BOX 847340 MEDICAL, SUPPLIES & SERVICES, LOS ANGELES, CA 90084-7340 |
| 8533660 | + | ULTRACARE OF MANHATTAN, 800 SECOND AVENUE, SUITE 380, NEW YORK, NY 10017-9240 |
| 8533662 | | US MED-EQUIP,LLC, P.O.BOX 4339, HOUSTON, TX 772104339 |
| 8533663 | + | US POSTAL SERVICE-WOODBURY, WOODBURY POST OFFICE, 217 WOODBURY ROAD, WOODBURY, NY 11797-6000 |
| 8533664 | + | VANCE BRESCIA, 190 ASHROKEN AVE, NORTHPORT, NY 11768-1119 |
| 8533665 | | VERIZON----pay by check, PO BOX 15124, ALBANY, NY 12212-5124 |
| 8533666 | + | VIRTAIR INC., 100 NASSAU TERMINAL ROAD, NEW HYDE PARK, NY 11040-4928 |
| 8533667 | + | VIRTU-WELL CORP, PO BOX 204, OCEANSIDE, NY 11572-0204 |
| 8533668 | | W.B. MASON CO INC., PO BOX 981101, BOSTON, MA 02298-1101 |
| 8533669 | + | WASTE WANTED SOLUTION, 95 CHESTNUT RIDGE ROAD, UNIT 2, MONTVALE, NJ 07645-1890 |
| 8533670 | + | WATER ENGINEERING SERVICES INC, PO BOX 518, MORRISTOWN, NJ 08057-0518 |
| 8533672 | | WAYSTAR,INC., 1311 SOLUTIONS CENTER, CHICAGO, IL 60677-1311 |
| 8533673 | + | WELLSKY CORP, PO BOX 200086, DALLAS, TX 75320-0086 |
| 8533675 | + | WILLIAM CASEY, 119 HAYES PLACE, CENTERPORT, NY 11721-1012 |
| 8533677 | + | WILSON ELSER MOSKOWITZ EDELMAN AND DICKER LLP, 1133 WESTCHESTER AVENUE, WHITE PLAINS, NY 10604-3516 |
| 8533679 | | WOUND HEALING TECHNOLOGIES CORP, 1820 AVE M, SUITE 238, BROOKLYN, NY 11230-5347 |

TOTAL: 259

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: SCarroll@manatt.com | Jan 03 2025 19:02:00 | Schuyler Carroll, Manatt, Phelps & Phillips, 7 Times Square, New York, NY 10036 |
| smg | EDI: IRS.COM | Jan 04 2025 00:03:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| smg | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Jan 03 2025 19:02:00 | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jan 03 2025 19:02:00 | New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| smg | + Email/Text: USANYS.Bankruptcy@usdoj.gov | Jan 03 2025 19:02:00 | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| ust | ^ MEBN | Jan 03 2025 18:59:52 | United States Trustee, Office of the United States Trustee - NY, Alexander Hamilton Custom House, One Bowling Green, Room 534, New York, NY |

25-22002-shl   Doc 21   Filed 01/05/25   Entered 01/06/25 00:10:12   Imaged
Certificate of Notice   Pg 8 of 10

| District/off: 0208-7 | User: admin | Page 6 of 8 |
|---|---|---|
| Date Rcvd: Jan 03, 2025 | Form ID: 309F1 | Total Noticed: 275 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 10004-1459 |
| 8533376 | + | Email/PDF: bncnotices@becket-lee.com | Jan 03 2025 19:07:55 | AMERICAN EXPRESS, PO BOX 1270, NEWARK, NJ 07101-1270 |
| 8533387 | | Email/Text: credit@associatedfire.com | Jan 03 2025 19:02:00 | ASSOCIATED FIRE PROTECTION, 100 JACKSON STREET, PATERSON, NJ 07501 |
| 8533418 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jan 03 2025 19:02:00 | COMMISSIONER OF TAXATION AND FINANCE, NYS ASSESSMENT RECEIVABLES, PO BOX 4127, BINGHAMTON, NY 13902-4127 |
| 8533447 | ^ | MEBN | Jan 03 2025 18:59:56 | FEDEX, PO BOX 371461, PITTSBURGH, PA 15250-7461 |
| 8533452 | | Email/Text: citjaxbankruptcy@cit.com | Jan 03 2025 19:02:00 | FIRST CITIZENS BANK AND TRUST CO, 21146 NETWORK PLACE, CHICAGO, IL 60673-1211 |
| 8533493 | + | Email/Text: bankruptcy2@ironmountain.com | Jan 03 2025 19:02:00 | IRON MOUNTAIN INC, PO BOX 27128, NEW YORK, NY 10087-7128 |
| 8533564 | | Email/Text: stephanie@nationaldatacare.com | Jan 03 2025 19:02:00 | NATIONAL DATACARE COR, P.O. BOX 222430, PROCESSING CENTER, CHANTILLY, VA 201532430 |
| 8533589 | + | Email/Text: bcwrtoff@cablevision.com | Jan 03 2025 19:02:00 | OPTIMUM----#07801-592337-01-5, PO BOX 70340, PHILADELPHIA, PA 19176-0340 |
| 8533678 | | Email/Text: wci.bankruptcy@windstream.com | Jan 03 2025 19:02:00 | WINDSTREAM, P.O.BOX 9001013, LOUISVILLE, KY 402901013 |
| 8533681 | ^ | MEBN | Jan 03 2025 18:59:57 | ZWANGER-PESIRI RADIOL, 150 EAST SUNRISE HIGHWAY, LINDENHURST, NY 11757-2539 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 8533362 | | ADELE SADOCHA |
| 8533371 | | AL-NISA REID-JENKINS |
| 8533378 | | ANDREW CALLE |
| 8533380 | | ANDREW GIACCIO |
| 8533381 | | ANNALIESE LATTANZIO |
| 8533395 | | BROOK JENNINGS |
| 8533400 | | CARL PETERS |
| 8533401 | | CARLESHA FERGUSON |
| 8533412 | | CHRISTOPHER SAHADEO |
| 8533424 | | CRAIG MUSCARELLA |
| 8533426 | | CRYSTAL THOMAS |
| 8533431 | | DENISE GLYNN |
| 8533436 | | EDLINE JOSEPH |
| 8533437 | | EDWARD FERGUSON |
| 8533442 | | EMILY MARTINOVICH |
| 8533448 | | FELICIA ACCIUS |
| 8533450 | | FINNETTE SAINTEME |
| 8533456 | | FLORENCE AJAYI |
| 8533477 | | GUERDA LEGER |
| 8533481 | | HODARI SUTHERLAND |
| 8533492 | | IRMA JOSEPH-PIERRE |
| 8533499 | | JAY RYAN |
| 8533501 | | JEAN MOLIERE |
| 8533502 | | JEANETTE ALAIMO |
| 8533503 | | JENNA LACOGNATA |

25-22002-shl    Doc 21    Filed 01/05/25    Entered 01/06/25 00:10:12    Imaged
Certificate of Notice    Pg 9 of 10

| District/off: 0208-7 | User: admin | Page 7 of 8 |
|---|---|---|
| Date Rcvd: Jan 03, 2025 | Form ID: 309F1 | Total Noticed: 275 |

| | | |
|---|---|---|
| 8533504 | | JENNIFER BALD |
| 8533505 | | JENNIFER KERR |
| 8533507 | | JESSICA MORRA |
| 8533511 | | JOSEPH HUBERMAN |
| 8533514 | | JUDITH EDOUARD-NEUS |
| 8533515 | | JUDITH PATTERSON-DJALO |
| 8533517 | | KAREN DASILVA |
| 8533519 | | KIMBERLY CIORCIARI |
| 8533523 | | LAURA BIRNEY |
| 8533531 | | MANPREET SEKHON |
| 8533532 | | MANUEL ALVAREZ |
| 8533537 | | MARIA RODRIGO |
| 8533538 | | MARIE JEAN BAPTISTE |
| 8533539 | | MARSHALL S LEVY |
| 8533555 | | MICHELE LESSEY |
| 8533556 | | MICHELLE ZUBKO |
| 8533557 | | MIGUEL RIVERA |
| 8533560 | | NADGE BAPTISTE |
| 8533561 | | NADIA DECOPIN |
| 8533578 | | NYS COMMISSIONER OF HEALTH,NYNA |
| 8533579 | | NYS DEPARTMENT OF HEALTH |
| 8533593 | | PATRICIA ADAMS |
| 8533609 | | REGINALD DASSE |
| 8533625 | | SHARLENE THAMPI |
| 8533628 | | SHUN CHO CHI |
| 8533631 | | SOCIAL SECURITY ADM |
| 8533636 | | STEVEN WISHNER |
| 8533640 | | SUSAN DITTMAR |
| 8533641 | | TATYANA SCOTT |
| 8533651 | | TIONNA PETTWAY |
| 8533654 | | TORRAY COPPEDGE |
| 8533656 | | TOWNHOUSE |
| 8533671 | | WAYNE MCCLOUD |
| 8533674 | | WESNIE PERALTE |
| 8533676 | | WILLIAM RUTON |
| 8533680 | | YVES JEAN |
| 8533661 | * | UNITED STATES TREASUR, INTERNAL REVENUE SERVICE, OGDEN, UT 84201-0039 |
| 8533415 | ##+ | CLEANING SYSTEMS CO, 590 FRANKLIN AVENUE, MOUNT VERNON, NY 10550-4516 |
| 8533416 | ##+ | CLEANSLATE GROUP LLC, 1420 EAST LINDEN AVE, LINDEN, NJ 07036-1506 |

TOTAL: 61 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2025 at the address(es) listed below:

District/off: 0208-7 | User: admin | Page 8 of 8
Date Rcvd: Jan 03, 2025 | Form ID: 309F1 | Total Noticed: 275

| Name | Email Address |
| --- | --- |
| Russell E Potter | on behalf of Debtor Cold Spring Acquisition  LLC rpotter@manatt.com |
| Schuyler Carroll | on behalf of Debtor Cold Spring Acquisition  LLC SCarroll@manatt.com |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |

TOTAL: 3