# EXHIBIT B

## Document List

1. Copies of any and all documents for the time period of January 1, 2019 to the present, relating to any and all accounts of Ventura Services, LLC, including but not limited to:

    a. Any correspondence and/or documents relating to any and all accounts of Ventura Services, LLC, including but not limited to account number 42071860;
    b. Account opening documents;
    c. Account statements;
    d. Data transaction files (in Excel);
    e. Deposit items; and
    f. Withdrawal items, including (i) checks, (ii) ACH details, and (iii) wire transfer details.

2. Copies of any and all documents for the time period of January 1, 2019 to the present, relating to any and all accounts of Graph Insurance, including but not limited to:

    a. Any correspondence and/or documents relating to any and all accounts of Graph Insurance;
    b. Account opening documents;
    c. Account statements;
    d. Data transaction files (in Excel);
    e. Deposit items; and
    f. Withdrawal items, including (i) checks, (ii) ACH details, and (iii) wire transfer details.

3. Copies of any and all documents for the time period of January 1, 2019 to the present, relating to any and all accounts of Graph Insurance Group, including but not limited to:

    a. Any correspondence and/or documents relating to any and all accounts of Graph Insurance Group;
    b. Account opening documents;
    c. Account statements;
    d. Data transaction files (in Excel);
    e. Deposit items; and
    f. Withdrawal items, including (i) checks, (ii) ACH details, and (iii) wire transfer details.

4. Copies of any and all documents for the time period of January 1, 2019 to the present, relating to any and all accounts of Graph Management, including but not limited to:

    a. Any correspondence and/or documents relating to any and all accounts of Graph Management;
    b. Account opening documents;

  c. Account statements;
  d. Data transaction files (in Excel);
  e. Deposit items; and
  f. Withdrawal items, including (i) checks, (ii) ACH details, and (iii) wire transfer details.

5. Copies of any and all documents for the time period of January 1, 2019 to the present, relating to any and all accounts of Highview Management Inc., including but not limited to:

  a. Any correspondence and/or documents relating to any and all accounts of Highview Management Inc.;
  b. Account opening documents;
  c. Account statements;
  d. Data transaction files (in Excel);
  e. Deposit items; and
  f. Withdrawal items, including (i) checks, (ii) ACH details, and (iii) wire transfer details.

6. Copies of any and all documents for the time period of January 1, 2019 to the present, relating to any and all accounts of Philipson Family LLC, including but not limited to:

  a. Any correspondence and/or documents relating to any and all accounts of Philipson Family LLC;
  b. Account opening documents;
  c. Account statements;
  d. Data transaction files (in Excel);
  e. Deposit items; and
  f. Withdrawal items, including (i) checks, (ii) ACH details, and (iii) wire transfer details.

7. Copies of any and all documents for the time period of January 1, 2019 to the present, relating to any and all accounts of Standard & Preferred Insurance Co., including but not limited to:

  a. Any correspondence and/or documents relating to any and all accounts of Standard & Preferred Insurance Co.;
  b. Account opening documents;
  c. Account statements;
  d. Data transaction files (in Excel);
  e. Deposit items; and
  f. Withdrawal items, including (i) checks, (ii) ACH details, and (iii) wire transfer details.

8. Copies of any and all documents for the time period of January 1, 2019 to the present, relating to any and all accounts of Melenia IPA LLC, including but not limited to:

    a. Any correspondence and/or documents relating to any and all accounts of Melenia IPA LLC;
    b. Account opening documents;
    c. Account statements;
    d. Data transaction files (in Excel);
    e. Deposit items; and
    f. Withdrawal items, including (i) checks, (ii) ACH details, and (iii) wire transfer details.

9. Copies of any and all documents for the time period of January 1, 2019 to the present, relating to any and all accounts of Flatiron Agency, including but not limited to:

    a. Any correspondence and/or documents relating to any and all accounts of Flatiron Agency;
    b. Account opening documents;
    c. Account statements;
    d. Data transaction files (in Excel);
    e. Deposit items; and
    f. Withdrawal items, including (i) checks, (ii) ACH details, and (iii) wire transfer details.

10. Copies of any and all documents for the time period of January 1, 2019 to the present, relating to any and all accounts of RAP 118 LLC, including but not limited to:

    a. Any correspondence and/or documents relating to any and all accounts of RAP 118 LLC;
    b. Account opening documents;
    c. Account statements;
    d. Data transaction files (in Excel);
    e. Deposit items; and
    f. Withdrawal items, including (i) checks, (ii) ACH details, and (iii) wire transfer details.

11. Copies of any and all documents for the time period of January 1, 2019 to the present, relating to any and all accounts of Standard and Preferred Insurance Co., including but not limited to:

    a. Any correspondence and/or documents relating to any and all accounts of Standard and Preferred Insurance Co.;
    b. Account opening documents;
    c. Account statements;
    d. Data transaction files (in Excel);
    e. Deposit items; and
    f. Withdrawal items, including (i) checks, (ii) ACH details, and (iii) wire transfer details.

12. Copies of any and all documents for the time period of January 1, 2019 to the present, relating to any and all accounts of Sentosa Care LLC, including but not limited to:

    a. Any correspondence and/or documents relating to any and all accounts of Sentosa Care LLC;
    b. Account opening documents;
    c. Account statements;
    d. Data transaction files (in Excel);
    e. Deposit items; and
    f. Withdrawal items, including (i) checks, (ii) ACH details, and (iii) wire transfer details.

13. Copies of any and all documents for the time period of January 1, 2019 to the present, relating to any and all accounts of Sentosa Care Health Benefit, including but not limited to:

    a. Any correspondence and/or documents relating to any and all accounts of Sentosa Care Health Benefit;
    b. Account opening documents;
    c. Account statements;
    d. Data transaction files (in Excel);
    e. Deposit items; and
    f. Withdrawal items, including (i) checks, (ii) ACH details, and (iii) wire transfer details.

14. For the time period of January 1, 2019 to the present, copies of any and all agreements, contracts, and books and records related to or entered into with the Debtor.

15. For the time period of January 1, 2019 to the present, copies of any and all invoices related to, issued from or to, and/or received on behalf of the Debtor.

16. Any and all documents and communications relating to the formation and ownership in Cold Spring Realty.

17. Any and all documents and communications relating to Lending Partners, LLC.

18. Any and all documents and communications relating to the promissory note in which Lending Partners, LLC loaned Cold Spring Hills Realty money.

19. Any and all documents and communications relating to confessions of judgment in connection with the Debtor.

20. Any and all documents and communications relating to any Blocked Account Control Agreements entered into by Cold Spring Hills Realty.