| | |
|---|---|
| **RIMON P.C.**<br>Counsel to the Official Committee<br>of Unsecured Creditors<br>100 Jericho Quadrangle, Suite 300<br>Jericho, New York 11753<br>(516) 479-6300<br>Ronald J. Friedman<br>Haley Trust | **Presentment Date: December 5, 2025**<br>**Time: 12:00 p.m.**<br><br>**Objection Deadline: November 28, 2025**<br>**Time: 4:00 p.m**. |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

In re:                                                                                       Chapter 11

COLD SPRING ACQUISITION, LLC.,                             Case No.: 25-22002 (SHL)
d/b/a COLD SPRING HILLS CENTER
FOR NURSING & REHABILITATION,

                                    Debtor.
-------------------------------------------------------------------x

**NOTICE OF PRESENTMENT FOR ENTRY OF AN ORDER DIRECTING EXAMINATION OF BENT PHILIPSON, A PERSON WITH KNOWLEDGE OF THE DEBTOR'S BUSINESS TRANSACTIONS AND PRODUCTION OF DOCUMENTS PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

**PLEASE TAKE NOTICE**, that on **December 5, 2025** at **12:00 p.m.**, upon the application dated November 13, 2025 (the "Application") of Ronald J. Friedman, Esq., counsel to the Official Committee of Unsecured Creditors (the "Committee") of Cold Spring Acquisition, LLC *d/b/a* Cold Spring Hills Center for Nursing and Rehabilitation (the "Debtor"), will present an order in accordance with Bankruptcy Code §327(a) (the "Proposed Order"), seeking entry of an order pursuant to section 105(a) of title 11, United States Code (the "Bankruptcy Code") and Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rule(s)") authorizing the issuance and service of subpoenas *duces tecum* and/or subpoenas *ad testificandum,* for the production of documents from, and/or examination of Bent Philipson (the "Witness") to the Honorable Sean H. Lane, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601-4140.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the entry of the Proposed Order shall be in writing, must be filed with the Court electronically in accordance with General Order M-399 by registered users of the Court's electronic case filing system, and by all other parties in interest, mailed to the Clerk of the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601-4140, with a hard copy delivered directly to the Chambers of the Honorable Sean H. Lane, and served in accordance with General Order M-399 or other form upon: (i) attorneys for the Committee, Rimon P.C., 100 Jericho Quadrangle, Suite 300, Jericho, New York, 11753, Attention: Ronald J. Friedman, Esq., and (ii) the U.S. Department of Justice, Office of the United States Trustee, Alexander Hamilton Custom House, One Bowling Green, Room 534, New York, New York 10004, Attn: Andrea B. Schwartz, Esq. so as to be received no later than **November 28, 2025 at 4:00 p.m.**

**PLEASE TAKE FURTHER NOTICE**, that if timely objections are filed and served, and if the Court so directs, hearing will be held before the Honorable Sean H. Lane, United States Bankruptcy Judge, on a date to be scheduled by the Court, upon such additional notice as the Court may direct.

Dated: Jericho, New York
November 13, 2025

        **RIMON P.C.**
        Ronald J. Friedman, Esq., Counsel to the Official Committee of Unsecured Creditors

By:    <u>s/ Ronald J. Friedman</u>
        Ronald J. Friedman
Partner
100 Jericho Quadrangle, Suite 300
Jericho, NY 11753
(516) 479-6300