| | |
|---|---|
| **MANATT, PHELPS & PHILLIPS, LLP**<br>Schuyler G. Carroll<br>7 Times Square<br>New York, NY 10036<br>Tel: (212) 790-4500<br>Email: scarroll@manatt.com | **Presentment Date and Time:**<br>**March 16, 2026 at 12:00 P.M. (ET)**<br><br>**Objection Deadline:**<br>**March 16, 2026 at 11:00 A.M. (ET)** |

*Counsel to the Debtor*
*and Debtor-in-Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

| | |
|---|---|
| In re | Chapter 11 |
| COLD SPRING ACQUISITION, LLC, | Case No. 25-22002 (SHL) |
| Debtor. | |

------------------------------------------------------------ X

### NOTICE OF PRESENTMENT OF STIPULATION AND ORDER MODIFYING THE AUTOMATIC STAY FOR THE ESTATE OF JOSEPH DEMARTINO

**PLEASE TAKE NOTICE** that Cold Spring Acquisition, LLC will present the attached proposed order to the Honorable Sean H. Lane, United States Bankruptcy Judge, for signature on **March 16, 2026 at 12:00 P.M. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the proposed order, with proof of service, is filed with the Clerk of the Court, a courtesy copy is delivered to the Judge Lane's chambers and served upon the undersigned, so as to be actually received by **March 16, 2026 at 11:00 A.M. (ET)**, the Order may be signed, without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that if a written objection is timely filed, the Court may conduct a hearing to be scheduled.

Dated: March 9, 2026
       New York, New York

**MANATT, PHELPS & PHILLIPS, LLP**

/s/ Schuyler G. Carroll
Schuyler G. Carroll
7 Times Square
New York, NY 10036
Tel: (212) 790-4500
scarroll@manatt.com

*Counsel to the Debtor
and Debtor-in-Possession*